**Nurdin BEGANOVIC, Plaintiff/Appellant,**

v.

**MILLSAP & SINGER, Defendant/Respondent.**

**No. ED 99515.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 7, 2014.

Application for Transfer to Supreme Court Denied Feb. 13, 2014.

Application for Transfer Denied April 29, 2014.

Alicia Campbell, Erich Vieth, John Campbell, for appellant.

R.C. Wuestling, Susan M. Dimond, for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

## ORDER

PER CURIAM.

Plaintiff Nurdin Beganovic appeals the dismissal of his lawsuit against the defendant, Millsap & Singer, P.C. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We grant defendant's motion to strike the two images on pages 6 & 7 of plaintiff's reply brief. The images purportedly from Millsap's webpage improperly reference matters outside the record on appeal. We affirm. Rule 84.16(b)(5).